1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   NOE SEVILLA-BENITEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. 2:08-CR-00132 MCE
                                  )
13              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
14      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
15 NOE SEVILLA-BENITEZ,           )
                                  )  Date:  July 24, 2008
16              Defendant.        )  Time:  9:00 a.m.
                                  )  Judge: Morrison C. England, Jr.
17 _____ )

18

19      It is hereby stipulated and agreed between defendant, NOE SEVILLA-

20 BENITEZ, and plaintiff, United States of America, by and through their

21 attorneys, that the status conference scheduled for July 24, 2008 may be

22 continued to September 4, 2008 at 9:00 a.m.

23      This continuance is requested as probation has advised defense

24 counsel it needs additional time to complete its pre-plea investigation

25 and report, which the parties wish to review before deciding how to

26 proceed.

27 ///

28 ///

1   The parties therefore agree that time under the Speedy Trial Act

2   should be excluded from the date of this order through September 4, 2008,

3   pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and

4   (B)(iv)(Local Code T4).

5                                    Respectfully Submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8   Dated:   July 22, 2008          /s/ T. Zindel
                                     TIMOTHY ZINDEL
9                                    Assistant Federal Defender
                                     Attorney for NOE SEVILLA-BENITEZ
10

11                                   McGREGOR W. SCOTT
                                     United States Attorney
12

13  Dated:   July 22, 2008          /s/ T. Zindel for D. McConkie
                                     DANIEL McCONKIE
14                                   Assistant U.S. Attorney

15                                **O R D E R**

16      The status conference is continued to September 4, 2008 at 9:00 a.m.

17  The court finds that a continuance is necessary for the reasons stated

18  above and further finds that the ends of justice served by granting a

19  continuance outweigh the best interests of the public and the defendant

20  in a speedy trial.   Time is therefore excluded from the date of this

21  order through September 4, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

22  and (B)(iv).

23      IT IS SO ORDERED.

24

25  Dated: August 4, 2008

26

27                              _____
                                MORRISON C. ENGLAND, JR.
28                              UNITED STATES DISTRICT JUDGE