1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
NOE SEVILLA-BENITEZ

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. 2:08-CR-132 MCE
                                  )
13              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
14     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15 NOE SEVILLA-BENITEZ,           )
                                  ) Date:  September 4, 2008
16              Defendant.        ) Time:  9:00 a.m.
                                  ) Judge: Morrison C. England, Jr.
17 _____)

18

19     IT IS HEREBY STIPULATED AND AGREED between Defendant, Noe Sevilla-
20 Benitez, and Plaintiff, United States of America, by and through their
21 attorneys, that the status conference scheduled for September 4, 2008 may
22 be continued to September 25, 2008 at 9:00 a.m.

23     This continuance is being requested as negotiations toward
24 resolution of this case is still pending as defense counsel is awaiting
25 a proposed plea offer and will need additional time to review.

26     The parties therefore agree that time under the Speedy Trial Act
27 should be excluded from the date of this order through September 25,

28

1  2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                        Respectfully Submitted,

4                                        DANIEL J. BRODERICK
5                                        Federal Defender

6  Dated: August 28, 2008      /s/ T. Zindel
                                      TIMOTHY ZINDEL
7                                        Assistant Federal Defender
8                                        Attorney for NOE SEVILLA-BENITEZ

9                                        McGREGOR W. SCOTT
10                                       United States Attorney

11 Dated: August 28, 2008      /s/ T. Zindel for D. McConkie
                                      DANIEL McCONKIE
12                                       Assistant U.S. Attorney

13
14                                   **O R D E R**

15     The status conference is continued to September 25, 2008 at 9:00
16 a.m. The court finds that a continuance is necessary for the reasons
17 stated above and further finds that the ends of justice served by
18 granting a continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.  Time is therefore excluded from the date of
20 this order through September 25, 2008, pursuant to 18 U.S.C. §
21 3161(h)(8)(A) and (B)(iv).

22     IT IS SO ORDERED.

23 Dated: September 2, 2008
24
25
26                                     MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
27
28